UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNIE SMITH,

   Plaintiff,

CASE NO.:  8:16-CV-02574-EAK-AEP

-vs-

OCWEN LOAN SERVICING, LLC,

   Defendant.
_____/

## NOTICE OF MEDIATION

YOU WILL PLEASE TAKE NOTICE that on the **January 9, 2017 at 9:00 a.m. EST** a mediation will be held in the above-captioned cause of action before, Jim Betts, Mediator, at the office of **First Choice Reporting, Tampa City Center-PNC Bank Building, 201 N. Franklin Street, Suite 1775, Tampa, Florida 33602, (813) 229-1545**.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by via 3electronic mail this 9th day of December, 2016 to:

| | |
|---|---|
| **Abigail Lyle** | **Edrei G. Swanson** |
| Hunton & Williams | Hunton & Williams, LLP |
| 1445 Ross Avenue Suite 3700 | 1111 Brickell Avenue Ste. 2500 |
| Dallas, TX  75202 | Miami, FL  33131 |
| alyle@hunton.com | eswanson@hunton.com |

                                          */s/ Octavio Gomez*
                                          Octavio Gomez, Esquire
                                          Morgan & Morgan, Tampa,  P.A.
                                          One Tampa City Center
                                          Tampa, FL 33602
                                          Tele:  (813) 223-5505
                                          Fax:  (813) 223-5402
                                          Primary Email: TGomez@ForThePeople.com
                                          Secondary Email: LDobbins@ForThePeople.com
                                          Florida Bar #:  0338620
                                          *Attorney for Plaintiff*