**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DONNIE SMITH,

  Plaintiff,                               CASE NO.: 8:16-CV-02574-EAK-AEP

-vs-

OCWEN LOAN SERVICING, LLC,

  Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, Donnie Smith, and the Defendant, Ocwen Loan Servicing, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 10th day of February, 2017.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Edrei Swanson (by permission)* |
| Octavio Gomez, Esquire | Edrei G. Swanson, Esquire |
| Morgan & Morgan, Tampa, P.A. | Florida Bar#: 102875 |
| One Tampa City Center | ESwanson@Hunton.com |
| Tampa, FL 33602 | Abigail M. Lyle |
| Tele: (813) 223-5505 | Florida Bar No. 41384 |
| Fax: (813) 223-5402 | ALyle@Hunton.com |
| Florida Bar#: 0338620 | Hunton & Williams, LLP |
| TGomez@ForThePeople.com | 1111 Brickell Avenue, Ste. 2500 |
| LDobbins@ForThePeople.com | Miami, FL 33131 |
| *Attorney for Plaintiff* | Tele: (305) 810-2500 |
| | Fax: (305) 810-1610 |
| | *Attorney for Defendant* |